Gary L. Eastman (CA BAR# 182518)
401 West "A" Street, Suite 1785
San Diego, CA 92101
Phone: 619.230.1144
Facsimile: 619.230.1194
Attorney for Plaintiffs
Matthew Green & Dr. Greens, Inc.


# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA


| MATTHEW GREEN, an individual, and Dr. Greens, Inc. a California Corporation | ) Case No.:   09CV1673 MMA JMA |
|---|---|
| Plaintiffs, | ) NOTICE OF VOLUNTARY DISMISSAL ) Fed. Rule Civ. Pro. 41(a) |
| -v- | ) |
| James Matthew Stephens, an individual, and Spectrum Laboratories, an Ohio Corp., and Spectrum Laboratories, LLC, an Ohio Limited Liability Company, | ) |
| Defendants. | ) |


     NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of

Civil Procedure 41(a), plaintiffs voluntarily dismiss the above-

captioned action without prejudice.


   Dated: November 17, 2010


                         _____/Gary L. Eastman/_____
                         Gary L. Eastman
                         Attorney for Plaintiffs Matthew Green
                         and Dr. Greens, Inc.

-------------------------------------------------------------------------